# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF WASHINGTON

In re:

    Dale Ehrenheim and Cheryl Ehrenheim

Debtor(s)

Case No. 16-10224 TWD Ch. 13

RESPONSE TO STATE OF WASHINGTON'S MOTION TO WAIVE STATUTE OF LIMITATIONS AS TO DOMESTIC SUPPORT OBLIGATIONS

**COMES NOW**, Debtor, by and through counsel, respond to the State of Washington's (the "State") Motion to Waive the Statute of Limitations as to Domestic Support Obligations, in support of thereof alleges the following:

1. The State's motion is not necessary as the limitation period is extended under Code § 108(c) to the later of 1) the expiration of the statute of limitations; or 2) 30 days after notice is given of the expiration or termination of the automatic stay;

2. The State has not filed a Motion for Relief from Stay to proceed on this debt outside of the bankruptcy;

3. Thus it appears the State has 30 days to proceed against the Debtor after discharge (an event that will terminate the automatic stay) even though the statute of limitations would have expired;

4. While it is true that this debt is not dischargeable per Section 523(a)(5) and 1328(a)(2) and that the confirmed plan binds all the parties, it does not follow simply *a priori* that the statute of limitations is "waived" by the Debtor by filing his bankruptcy and confirming a plan. The State seems to think this is so without citing

any authority for this position in their Motion, therefore the motion should be denied or limited to the language from Section 108(c);

**WHEREFORE**, based on the facts above, debtor requests an order denying the State's Motion.

**DATE**:   June 23, 2021

Respectfully submitted:

/s/ Mark A. Ditton #45432_____

Mark A. Ditton, WSBA#45432
NW Debt Relief Law Firm
237 NE Chkalov Drive, Suite111
Vancouver, WA 98684
360-831-0893

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing was served upon all creditors and interested parties on the attached mailing matrix by sending a true, full and exact copy enclosed in a sealed envelope by regular postage, prepaid, U.S. Mail, or, where specified, electronically:

*Served electronically:*
Office of the U.S. Trustee;
Jason Wilson-Aguilar; case trustee

Susan M Edison on behalf of Creditor Child Support Department of Social and Health Services
BCUEdison@atg.wa.gov

Michael E Siderius on behalf of Creditor Seattle Metropolitan Credit Union
michaels@sidlon.com, meghanh@sidlon.com

Dated this 23rd Day of June, 2021.

/s/ Mark A. Ditton #45432
Mark A. Ditton, WSBA #45432
Attorney for Debtor(s)

Label Matrix for local noticing
0981-2
Case 16-10224-TWD
Western District of Washington
Seattle
Wed Jun 23 14:23:33 PDT 2021

1st Security Bank Of W
6920 220th St Sw Ste 300
Mountlake Terrace, WA 98043-2172

Acs/Navient
501 Bleecker St
Utica, NY 13501-2401

Alaska USA FCU
PO Box 196613
Anchorage, AK 99519-6613

Alaska USA Federal Credit Union
PO Box 196200
Anchorage, AK 99519-6200

Alaska Usa Fcu
4000 Credit Union Dr
Anchorage, AK 99503-6636

Allegro
851 Treger Ave #200
San Bruno, CA 94066-3037

BECU
PO Box97050
Seattle, WA 98124-9750

BECU Card Services
CARD SERVICES
POB 84707
Seattle, WA 98124-6007

Barclays Bank Delaware
125 S West St
Wilmington, DE 19801-5014

Bk Of Amer
4909 Savarese Cir
Tampa, FL 33634-2413

(p)BANK OF AMERICA
PO BOX 982238
EL PASO TX 79998-2238

Boeing Employees C U
P O Box 97050-Dir Of Ln
Seattle, WA 98124

Cap1/Comp
Po Box 15524
Wilmington, DE 19850

(p)CAPITAL ONE
PO BOX 30285
SALT LAKE CITY UT 84130-0285

Cbna
Po Box 6283
Sioux Falls, SD 57117-6283

(p)CREDIT SERIVCE OF CENTRAL WASHINGTON INC
DBA CENTRAL BONDED COLLECTORS
PO BOX 1073
MOSES LAKE WA 98837-0157

Central Col
408 W 4th Ave Pob 1073
Moses Lake, WA 98837-0157

(p)JPMORGAN CHASE BANK  N A
BANKRUPTCY MAIL INTAKE TEAM
700 KANSAS LANE FLOOR 01
MONROE LA 71203-4774

Choice Privileges VISA by Barclaycard
Card Services
PO Box 8801
Wilmington, DE 19899-8801

Citi AT&T Universal Card
PO Box 6284
Sioux Falls, SD 57117-6284

Comenity Bank/Lnbryant
4590 E Broad St
Columbus, OH 43213-1301

Comenity Bank/Pier 1
4590 E Broad St
Columbus, OH 43213-1301

Danette Tomyasu
1159 Luna'ai St.
Kailua, HI 96734-4542

Child Support Department of Social and Healt
Office of the Attorney General
800 Fifth Avenue #2000
Seattle, WA 98104-3188

Discover Bank
Discover Products Inc
PO Box 3025
New Albany, OH  43054-3025

Discover Fin Svcs Llc
Po Box 15316
Wilmington, DE 19850-5316

Mark Ditton
Northwest Debt Relief Law Firm
237 NE Chkalov Drive
Ste 111
Vancouver, WA 98684-5054

Susan M Edison
WA Attorney General's Office
Bankruptcy & Collections
800 Fifth Ave, Ste 2000
Seattle, WA 98104-3188

Cheryl Ehrenheim
13014 SE 279th Place
Kent, WA 98030-8521

| | | |
|---|---|---|
| Dale Ehrenheim<br>13014 SE 279th Place<br>Kent, WA 98030-8521 | IRS<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Jonathan Cavens<br>13014 SE 279th Place<br>Kent, WA 98030-8521 |
| King County Property Tax<br>500 Fourth Avenue Room 600<br>Seattle, WA 98104-2387 | Kitsap Credit Union<br>155 Washington Ave<br>Bremerton, WA 98337-5606 | Kohls/Capone<br>N56 W 17000 Ridgewood Dr<br>Menomonee Falls, WI 53051-7096 |
| Lane Bryant Retail/Soa<br>450 Winks Ln<br>Bensalem, PA 19020-5932 | Merchants Credit<br>2245 152nd Ne<br>Redmond, WA 98052-5519 | (p)PERI GARITE<br>ATTN CARD WORKS<br>101 CROSSWAYS PARK DR W<br>WOODBURY NY 11797-2020 |
| PayPal Smart Connect<br>PO Box 960080<br>Orlando, FL 32896-0080 | Quick Collect Inc<br>Po Box 4266<br>Orchards, WA 98662-0266 | Rentoncoll<br>Po Box 272<br>Renton, WA 98057-0272 |
| SMCU<br>P.O. Box 780<br>Seattle, WA 98111-0780 | Seattle Metropolitan Credit Union<br>Accounts Recovery<br>1521 1st Ave S #500<br>Seattle WA 98134-1473 | Michael E Siderius<br>500 Union St #847<br>Seattle, WA 98101-4065 |
| Syncb/Jcp<br>Po Box 965007<br>Orlando, FL 32896-5007 | Syncb/Mervyns<br>Po Box 965005<br>Orlando, FL 32896-5005 | Syncb/Paypal Smart Con<br>Po Box 965005<br>Orlando, FL 32896-5005 |
| Syncb/Sams Club<br>Po Box 965005<br>Orlando, FL 32896-5005 | Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | Synchrony Bank<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 |
| Target Nb<br>Po Box 673<br>Minneapolis, MN 55440-0673 | Td Rcs/Group Usa Inc<br>1000 Macarthur Blvd<br>Mahwah, NJ 07430-2035 | Tnb - Target<br>Po Box 673<br>Minneapolis, MN 55440-0673 |
| United States Trustee<br>700 Stewart St Ste 5103<br>Seattle, WA 98101-4438 | Unvl/Citi<br>Po Box 6241<br>Sioux Falls, SD 57117-6241 | Washington State<br>Division of Child Support<br>P.O. Box 11520<br>Tacoma, WA 98411-5520 |
| Wells Fargo Bank N.A., dba Wells Fargo Deale<br>PO Box 19657<br>Irvine, CA 92623-9657 | Wells Fargo Dealer Services<br>P.O. Box 17900<br>Denver, CO 80217-0900 | Wfds<br>Po Box 1697<br>Winterville, NC 28590-1697 |

Jason Wilson-Aguilar
600 University St #1300
Seattle, WA 98101-4102

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Bk Of Amer<br>Po Box 982238<br>El Paso, TX 79998 | Capital One Bank Usa N<br>15000 Capital One Dr<br>Richmond, VA 23238 | Central Bonded Collectors<br>PO Box 1073<br>Moses Lake WA 98837 |
| Chase Card<br>Po Box 15298<br>Wilmington, DE 19850 | (d)Chase/Circuitcity<br>Po Box 15298<br>Wilmington, DE 19850 | Nexcard/Mastertrust<br>Po Box 3412<br>Omaha, NE 68103 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Seattle Metropolitan Credit Union

End of Label Matrix
Mailable recipients    60
Bypassed recipients     1
Total                  61